# UNITED STATES DISTRICT COURT

District of    Massachusetts

Sprint Spectrum L.P.
              Plaintiff

V.

TOWN OF SEEKONK, ZONING BOARD OF APPEALS
OF THE TOWN OF SEEKONK, EDWARD F. GROURKE,
GARY S. SAGAR, and RONALD BLUM in their
capacities as members of the Zoning Board
of Appeals, and JOHN W. WHELAN in his
capacity as Selectmen of the Town of
Seekonk
              Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 11111 WGY

TO: (Name and address of Defendant)

Town Clerk
Municipal Bldg.
100 Peck Street
Seekonk, MA 02771

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON             MAY 27 2005

CLERK                                                DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/31/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| B. Keith Wheeler | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In hand to Janet Parker, Town Clerk for the Town of Seekonk, Ma at 100 Peck Street, Seekomk, Ma.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/31/05
              Date                    Signature of Server

                                      6 Beacon Street, Suite 825, Boston, ma  02108
                                      Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.