# UNITED STATES DISTRICT COURT

District of    Massachusetts

Sprint Spectrum L.P.
               Plaintiff
         V.

Town of Seekonk, Zoning Board of
Appeals of the Town of Seekonk, et al.

               Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11111 WGY

TO: (Name and address of Defendant)

Mr. Edward Grourke
62 Meadowlark Drive
Seekonk, MA  02771

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

MAY 27 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/31/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| B. Keith Wheeler | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By leaving a copy of said Summons & Complaint at the last & usual place of abode of Edward Grourke, 62 Meadowlark Drive, Seekonk, Ma. 02771

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/31/05
             Date             Signature of Server

6 Beacon Street, Suite 825, Boston, Ma 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.