UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SPRINT SPECTRUM L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-11111 WGY |
| | ) | |
| TOWN OF SEEKONK, ZONING BOARD OF APPEALS OF THE TOWN OF SEEKONK, EDWARD F. GROURKE, GARY S. SAGAR, and RONALD BLUM in their capacities as members of the Zoning Board of Appeals, and JOHN W. WHELAN in his capacity as Selectmen of the Town of Seekonk, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

The undersigned parties hereby stipulate and agree that this action be and hereby is dismissed with each party to bear its own costs and expenses.

| | |
|---|---|
| **THE TOWN OF SEEKONK,** *et al.*, | **SPRINT SPECTRUM L.P.,** |
| By their attorneys, | By its attorneys, |
| _____ | _____ |
| Max Volterra, Esq. | Wayne F. Dennison (BBO #558879) |
| **VOLTERRA, GOLDBERG, MANGIARATTI & JACOBS** | **BROWN RUDNICK BERLACK ISRAELS LLP** |
| Law Counsellors, Inc. | One Financial Center |
| Town Counsel | Boston, MA 02111 |
| Three Mill Street | 617-856-8200 |
| Attleboro, MA 02703 | |
| (508) 222-1463 | |

Dated: September 19, 2005

#1387199 v\1 - denniswf - tqdb01!.doc• - 80655/105

1